IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-478 SI, CV 11-4874 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MATTHEW ROBINSON, | |
| Defendant. | |

The Court has dismissed petitioner's 28 U.S.C. § 2255 motion attacking his sentence. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: August 21, 2012

SUSAN ILLSTON
United States District Judge